JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BONOBOS, INC.; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-07144-MWF-PD<br><br>Honorable Judge Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Crystal Redick and Defendant Bonobos, Inc. jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated:  November 22, 2021

MICHAEL W. FITZGERALD
United States District Judge